MEMO ENDORSED



# MURPHY & McGONIGLE
A Professional Corporation

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2020
```

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

October 8, 2020

Defendant's request for an extension of time until Oct. 23, 2020 to produce any discovery resulting from the investigation is granted without objection by the Government. Clerk of Court requested to terminate the motion (doc. 21).
Dated: Oct. 9, 2020
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

By ECF Filing and Email (RomanNYSDChambers@nysd.uscourts.gov)

The Honorable Nelson S. Román
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Donta Dixon*, 20 Cr. 368 (NSR)

Dear Judge Román:

I am counsel for Donta Dixon in the above-referenced matter. I write to respectfully <u>request a two-week extension of time for the defense to produce discovery related to surveillance cameras in the vicinity of area where Mr. Dixon was arrested.</u>

As the Court may recall, the defense retained, with the Court's approval, an investigator to look into the issue of surveillance cameras and available footage. The Court set a deadline of October 9, 2020 for the defense to produce any discovery that results from this investigation. At this time, the investigation is not yet complete. Accordingly, the defense requests two additional weeks to complete the investigation and produce any material that would be discoverable by the Government under Federal Rule of Criminal Procedure 16(b).

Earlier today, <u>I exchanged emails with Assistant U.S. Attorney Lindsey Keenan, who has no objection to this application.</u>

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

cc (by ECF and Email):
AUSA Lindsey Keenan

New York ♦ Virginia ♦ Washington, D.C.