

**MURPHY & McGONIGLE**
A Professional Corporation

**MEMO ENDORSED**

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

November 11, 2020

> Defendant's request, without objection from the Government, to extend the briefing schedule is granted as follows: moving papers shall be filed on Nov. 30, 2020; Govt's opposition papers shall be filed on Dec. 21, 2020; and reply papers shall be filed Jan. 4, 2021. Clerk of Court requested to terminate the motion (doc 24). **FINAL - NO FURTHER EXTENSIONS.**
> Dated: Nov. 12, 2020
> SO ORDERED:
> /s/ Hon. Nelson S. Román
> United States District Judge

By ECF Filing and Email (RomanNYSDChambers@nysd.uscourts.gov)

The Honorable Nelson S. Román
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Donta Dixon*, 20 Cr. 368 (NSR)

Dear Judge Román:

I am counsel for Donta Dixon in the above-referenced matter. I write to respectfully request a two-week extension of time for the date for the defense to file motions.

Motions are currently due Monday, November 16, 2020. We request a two-week extension of time so Mr. Dixon and I can explore potential plea discussions with the government. This is our first request for an adjournment of the motion schedule.

If the Court grants this application, the date for the filing of motions would be moved to November 30, 2020; the government's time to respond would be moved to December 21, 2020; and replies would be moved to January 4, 2021. The next scheduled conference can remain on January 22, 2021 at noon.

Earlier today, I exchanged emails with Assistant U.S. Attorney Lindsey Keenan, who has no objection to this application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/2020__

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

cc (*by ECF and Email*):
AUSA Lindsey Keenan

New York ♦ Virginia ♦ Washington, D.C.