UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.

DONTA DIXON,

      Defendant.

20 Cr. 368 (NSR)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed declarations of Joseph P. Facciponti and Donta Dixon, dated November 30, 2020, and the enclosed Memorandum of Law in support of his motion to suppress physical evidence and statements, dated November 30, 2020, Defendant Donta Dixon moves this Court, before the Honorable Nelson S. Román, United States District Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150, at a time and place to be determined by the Court, for an order suppressing physical evidence and statements from use by the government at trial, and for such other and further relief that the Court may deem just and proper.

Dated: New York, New York
       November 30, 2020

Respectfully submitted,

MURPHY & MCGONIGLE, P.C.

By: /s/ Joseph Facciponti
Joseph P. Facciponti
jfacciponti@mmlawus.com
Gaurav K. Talwar
gtalwar@mmlawus.com

1185 Avenue of the Americas
New York, New York 10036
(212) 880-3976

*Attorneys for Defendant*
*Donta Dixon*

TO:  Audrey Strauss, ESQ.
     United States Attorney
     Southern District of New York
     300 Quarropas Street
     White Plains, New York 10601

ATTN: AUSA Lindsey Keenan, Esq.