UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

              v.

DONTA DIXON,

              Defendant.

20 Cr. 368 (NSR)

**DECLARATION**

I, JOSEPH P. FACCIPONTI, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that:

1. I am an attorney admitted to practice before this Court. I am a shareholder of Murphy & McGonigle, P.C., and I have been assigned to represent Defendant Donta Dixon ("Dixon") in this case.

2. I submit this Declaration in support of Dixon's motion pursuant to Fed. R. Crim. P. 12(b)(3)(c) to suppress evidence obtained in violation of the Fourth Amendment to the U.S. Constitution or, in the alternative, for an evidentiary hearing.

3. Annexed hereto as Exhibit A is a true and accurate copy of Dixon's declaration.

4. Dixon's declaration is unsigned, however, Dixon has told me and an associate attorney at my firm, Gaurav Talwar, that he has reviewed the attached declaration, signed the declaration, and placed it in the mail to the undersigned from Westchester County Jail, where he is currently being housed.

5. Once the undersigned receives the Dixon's signed declaration, the undersigned will file the signed declaration to the docket.

6. Earlier today, Mr. Talwar informed the Government about the above regarding Dixon's declaration and the Government consented to the above approach.

7. Annexed hereto as Exhibit B is a true and accurate copy of the Yonkers Police Department's Incident Report regarding Dixon's stop, search, and arrest.

8. Annexed hereto as Exhibit C is a true and accurate copy of the *Miranda* card that Dixon signed on May 29, 2020 following his arrest.

9. On August 3, 2020, the undersigned contacted the Government to inquire whether there were any body camera footage available from Dixon's arrest.

10. On August 4, 2020, the Government informed the undersigned that the Yonkers Police Department does not use body cameras. The Government further stated, on August 4, 2020 and also on October 20, 2020 that there were no city cameras that covered the vicinity of Dixon's arrest.

Dated:  New York, New York
        November 30, 2020

/s/ J.P.F.
Joseph P. Facciponti