UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                          20 Cr. 368 (NSR)

DONTA DIXON,

**DECLARATION**

Defendant.

I, DONTA DIXON, herby declare under the penalty of perjury pursuant to 28 U.S.C. §

1746, that the foregoing is true and correct:

1.    I am the Defendant in this criminal action and make this Declaration in support of

my pretrial motion to suppress.

2.    The statements contained in this Declaration are based on my best recollection of

events.  Because of the limited purpose of this Declaration, I have not included every detail of

what happened.

3.    I was arrested by officers of the Yonkers Police Department ("YPD") in the early

evening of May 29, 2020.

4.    Prior to my arrest, I resided at 90 Manhattan Avenue, White Plains, New York

10603.

5.    On May 29, 2020, I was staying with my girlfriend who resides at 75 Ludlow Street,

Yonkers, New York.  I left 75 Ludlow Street at or around 5:00 p.m.

6.    When I left 75 Ludlow Street, I was wearing black jeans with a white tank top.  I

brought with me an orange Nike cross-body bag. (Attached as Exhibit 1 to this Declaration are

photographs of a similar orange Nike cross-body bag that were located by an online search and

are not photographs of myself). I wore the orange Nike cross-body bag across my torso and not across my hips. The orange Nike cross-body bag laid across my chest and not across my back.

7. After leaving 75 Ludlow Street, I began walking west on Ludlow Street towards Riverdale Avenue.

8. When I left 75 Ludlow Street, I began listening to music on my iPhone with a pair of wired earbuds.

9. I stopped at a deli at the corner of Riverdale Avenue and Ludlow Street, which I believe to be Mario Riverdale Deli, to buy loose Newport cigarettes, which I placed in my orange Nike cross-body bag.

10. After leaving the deli, I turned right and began walking north on Riverdale Avenue towards the bus stop near Main Street and North Broadway. I planned to take the No. 6 bus back to my house in White Plains.

11. As I walked north on Riverdale Avenue, I continued to listen to music on my iPhone with my wired earbuds. As I walked, I kept my iPhone in my hands.

12. I do not recall looking into my cross-body bag, but if I did, I believe I would have looked for the Newport cigarettes I had purchased.

13. As I walked north on Riverdale Avenue, I saw multiple police cars driving very fast, heading south on Riverdale Avenue with their sirens on. I turned to watch the police cars as they passed and then continued walking north on Riverdale Avenue.

14. As I approached Hudson Street on Riverdale Avenue, I began to cut through a parking lot on the right side of Riverdale Avenue to get to Hudson Street and then to the bus stop.

15.  As I began walking on Hudson Street, I saw an unmarked car drive up to the left side of me and saw a number of people jump out of the car. I later learned that these people were plainclothes YPD police officers.

16.  The YPD police officers immediately began yelling at me "What was in the bag!".

17.  I took a step back and then a YPD police officer pushed me face first against a wall with my hands behind my back.

18.  As soon as I was pushed up against the wall, another YPD police officer took off my orange Nike cross-body bag, and then took my iPhone from my hands.

19.  While one YPD officer placed me in handcuffs, the other YPD officer began searching my orange Nike cross-body bag.

20.  The YPD police officers then placed me in the back of a marked YPD police car.

Dated:  Westchester, New York
        November 30, 2020

DONTA DIXON

3

# EXHIBIT 1



