USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/28/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

         -against-

DONTA DIXON,

                 Defendant.

20-CR-368 (NSR)
ORDER

Nelson S. Román, United States District Judge:

    In light of the Court's April 28, 2021 opinion and order granting Defendant's motion to suppress physical and testimonial evidence resulting from an unlawful stop, search, and arrest on May 29, 2020 (ECF No. 41), the indictment (ECF No. 12) is DISMISSED.

    Accordingly, the Clerk is directed to terminate this action. The U.S. Marshals Service is directed to release defendant unless any warrants, detainer, or other issues are encountered.

                              SO ORDERED.

Dated:   April 28, 2021
            White Plains, New York

                              NELSON S. ROMÁN
                              United States District Judge